IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 13 2007
GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-00749 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JERRY D. GRADY
DONALD ADAM PENROD,
ALL COLORADO (DOC) PRISONERS, who must use AR-850-4 Inmate Grievance Procedure to access the courts, and
ALL (DOC) PRISONERS, who are similarly situated with Donald Adam Penrod who in the past two years have been harassed and retaliated against for excercising [sic] AR-850-4 Inmate Grievance Procedure and/or right to access the courts, some who have lawsuits pending in the federal courts and cannot adequately protect the rights of the class without class certification,

Plaintiff(s) pursuant to Fed. R. Civ. Proc. Rule 23(a)(b)(1)(A)"(B)" "(2)" "(3),"

v.

COLORADO GOVERNOR BILL RITTER,
COLORADO DEPARTMENT OF CORRECTIONS, official capacity,
ARISTEDES ZAVARAS, Department of Corrections Executive Director,
COLORADO DEPARTMENT OF PERSONNEL, including
JOHN DOE EXECUTIVE DIRECTOR,
ED GILLESPIE, (DOC) Step III Grievance Officer,
ANTHONY A. DECESARO, (DOC_ Step III Grievance Officer,
B.V.C.F. WARDEN ANTHONY CAROCHI,
WALT AHRENS, (BVCF) Administrative Services Manager,
MIKE RULE, Inspector General,
MICK MCCORMICK, Investigator for Inspector General,
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
B.V.C.F. ASSOCIATE WARDEN GEORGE DUNBAR,
MAJ. LINAN,
CPT. WILLIAM BRUNELL,
CPT. CLIFFORD ROBINSON,
CTP. GUS ARGUS,
CPT. KIMBRELL,
LT. JOE MCFEE,
LT. RICH FISHER,
LT. BILL JENSEN,
LT. PAUL VOTH, B.V.C.F. Care Manager,
SGT. RANDY ANDERSON,

C/O LEANNA KIMBERLIN, and
JOHN DOE & JANE DOE, (DOC) Wardens, Administrators, and Supervisors,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFFS TO CURE DEFICIENCY**

---

    Plaintiffs Jerry D. Grady and Donald Adam Penrod are attempting to initiate a class action lawsuit by submitting a Prisoner Complaint that only bears Mr. Penrod's original signature. Mr. Grady's signature is a photocopy dated May 23, 2005. Mr. Penrod also has submitted a letter to the clerk of the court. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   XX   is not submitted by each plaintiff
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   ___   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the court.
               Only an original has been received.
(9)   ___   other _____

**Complaint, Petition or Application:**
(10)   ___   is not submitted

2

(11) XX   is not on proper form (must use the court's current form)
(12) XX   is missing an original signature by each prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___  names in caption do not match names in text
(18) XX   other The complaint bears an original date of May 23, 2005

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiffs, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that any plaintiff who fails to cure the designated deficiencies **within thirty (30) days from the date of this order** will be dismissed without further notice as a party to this action. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 11th day of April, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   07 - CV - 00749

Jerry D. Grady
Prisoner No. 93047
Buena Vista Minimum Center
PO Box 2005
Buena Vista, CO 81211

Donald A. Penrod
Prisoner No. 76672
Centennial Corr. Facility
PO Box 600
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on  4-13-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk