IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 8 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00749-BNB

JERRY D. GRADY
DONALD ADAM PENROD,
ALL COLORADO (DOC) PRISONERS, who must use AR-850-4 Inmate Grievance Procedure to access the courts, and
ALL (DOC) PRISONERS, who are similarly situated with Donald Adam Penrod who in the past two years have been harassed and retaliated against for excercising [sic] AR-850-4 Inmate Grievance Procedure and/or right to access the courts, some who have lawsuits pending in the federal courts and cannot adequately protect the rights of the class without class certification,

Plaintiff(s) pursuant to Fed. R. Civ. Proc. Rule 23(a)(b)(1)(A)"(B)" "(2)" "(3),"

v.

COLORADO GOVERNOR BILL RITTER,
COLORADO DEPARTMENT OF CORRECTIONS, official capacity,
ARISTEDES ZAVARAS, Department of Corrections Executive Director,
COLORADO DEPARTMENT OF PERSONNEL, including
JOHN DOE EXECUTIVE DIRECTOR,
ED GILLESPIE, (DOC) Step III Grievance Officer,
ANTHONY A. DECESARO, (DOC_ Step III Grievance Officer,
B.V.C.F. WARDEN ANTHONY CAROCHI,
WALT AHRENS, (BVCF) Administrative Services Manager,
MIKE RULE, Inspector General,
MICK MCCORMICK, Investigator for Inspector General,
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
B.V.C.F. ASSOCIATE WARDEN GEORGE DUNBAR,
MAJ. LINAN,
CPT. WILLIAM BRUNELL,
CPT. CLIFFORD ROBINSON,
CTP. GUS ARGUS,
CPT. KIMBRELL,
LT. JOE MCFEE,
LT. RICH FISHER,
LT. BILL JENSEN,
LT. PAUL VOTH, B.V.C.F. Care Manager,
SGT. RANDY ANDERSON,
C/O LEANNA KIMBERLIN, and
JOHN DOE & JANE DOE, (DOC) Wardens, Administrators, and Supervisors,

Defendants.

## ORDER DISMISSING CLAIMS ASSERTED BY PLAINTIFF JERRY D. GRADY

This matter is before the Court on the motion titled "Motion for Dismissal of Claim Without Prejudice" submitted to and filed with the Court *pro se* on June 18, 2007, by Plaintiff Jerry D. Grady only. In the motion, Mr. Grady asks the Court to dismiss without prejudice his asserted claims.

The Court must construe liberally the June 18, 2007, motion because Mr. Grady filed the motion on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the June 18 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion titled "Motion for Dismissal of Claim Without Prejudice" submitted to and filed with the Court *pro se* on June 18, 2007, by Plaintiff

Jerry D. Grady only is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1).  It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 18, 2007, the date the liberally construed notice of dismissal was filed in this action.  It is

FURTHER ORDERED that Mr. Grady's claims asserted against Defendants are dismissed without prejudice.  It is

FURTHER ORDERED that the clerk of the Court correct the docket for this case and remove only Plaintiff Jerry D. Grady as a party to this lawsuit.

DATED at Denver, Colorado, this 28 day of June, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00749-BNB

Jerry Grady
Prisoner No. 93047
Buena Vista Minimum Center
PO Box 2005
Buena Vista, CO 81211

Donald A. Penrod
Prisoner No. 76671
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  6/28/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk