IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2007

C. LANGHAM
CLERK

Civil Action No. 07-cv-00749-BNB

[DONALD ADAM PENROD, also known as
DONALD A. PENROD], and
ALL PERSONS similarly situated with Donald A. Penrod who had unconstitutional
jurisdictionally void judgments procured by extrinsic fraud and fraud on the court
entered against them by Donald W. Marshall Jr. between the second Tuesday in
January 1989-1995 and Donald A. Penrod and all (DOC) prisoners similarly situated
with Donald A. Penrod who in the past two years have been harassed and retaliated
against for excercising [sic] AR850-4 inmate grievance procedure and/or right of access
to the courts who cannot adequately protect the rights of the class without class
certification pursuant to F. R. Civ. P. Rule 23(a)(b)(i)(A)(B)(2)(3),

   Plaintiff,

v.

BILL RITTER, Colorado Governor,
THE PEOPLE OF THE STATE OF COLORADO,
THE COUNTY OF ADAMS,
JOHN SUTHERS, Attorney General,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
OFFICE OF ATTORNEY GENERAL,
LARRY E. PETERSON, Adams County Detective,
MIKE RULE, Inspector General,
ROBERT C. HOUCHINS, Criminalist for Adams County Sheriff's Office,
OFFICE OF INSPECTOR GENERAL,
MARCIA KRIEGER,
JOHN DOE, Executive Director of Colorado Department of Personell [sic],
COLORADO DEPARTMENT OF PERSONELL [sic],
ADAMS COUNTY SHERIFF'S OFFICE,
ARISTEDES ZAVARAS, Executive Director (DOC),
COLORADO DEPARTMENT OF CORRECTIONS,
DOUGLAS K. WILSON, State Public Defender,
KEN SALAZAR,
DONALD W. MARSHALL JR.,
CLEMMIE PARKER ENGLE, Assistant Attorney General,
HEATHER TURNER, Former Deputy District Attorney Adams County,
J. BRANDEIS SPERANDEO, Chief Public Defender Brighton Office,
TODD NELSON, Public Defender,
PETER SADICK, Former Public Defender Brighton Office,
BETTY ANN BASS, Attorney,

JOHN MANN JR., Private Investigator,
KEVIN MILLIARD, Warden SCF,
JAMES ABBOTT, Warden CTCF,
ANTHONY CAROCHI, Warden B.V.C.F.,
STEVE HARGETT, Warden CCCF,
RANDY FOSHEE, Associate Warden CTCF,
GEORGE DUNBAR, Associate Warden BVCF,
REBECCA RODENBECK, Maj. CTCF,
WILLIAM BRUNELL, Maj. BVCF,
MAJ. LINAN, BVCF,
CATHY HOLST, Executive Director DOC Legal Services,
WALT AHRENS, Administrative Services Manager BVCF,
CLIFFORD ROBINSON, Cpt. BVCF,
GUS ARGUS, Cpt. BVCF,
CPT. KIMBRELL, Cpt. BVCF,
JOE MCFEE, Lt. BVCF,
ADAMS COUNTY DISTRICT ATTORNEY'S OFFICE,
DON S. QUICK, Current Adams County District Attorney,
JAMES SMITH, Adams County District Attorney Between January 1989-1996,
MIKE TRIST, Lt. C.S.P.,
KEN TOPLISS, Lt. C.T.C.F.,
MS. MARTTEN, Lt. Case Manager C.T.C.F.,
MS. O'MALLEY, Lt. Case Manager C.T.C.F.,
LT. HEIDENTHAL, Lt. C.T.C.F.,
RICH FISHER, Lt. B.V.C.F.,
BILL JENSEN, Lt. B.V.C.F.,
PAUL VOTH, Lt. Case Manager B.V.C.F.,
ROBERT FAZINO, Lt. C.T.C.F.,
LT. BENEZINE, Inspector for Inspector General C.T.C.F.,
RANDY ANDERSON, Sgt. B.V.C.F.,
CARL WEBB, Sgt. C.T.C.F.,
MICK MCCORMICK, Investigator for Inspector General B.V.C.F.,
ALL JOHN DOE & JANE DOES (DOC), Wardens, Associate Wardens, Supervisors,
ANTHONY A. DECESARO, (DOC) Step III Grievance Officer,
ED GILLESPIE, Step III Grievance Officer (DOC),
DANIEL END, DOC Legal Services C.S.P.,
LEANNA KIMBERLIN, C/O B.V.C.F.,
LAWRENCE ESTRADA, Sgt. C.T.C.F., in their official and individual personal capacity,

   Defendants.

---

## ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff Donald Adam Penrod, also known as Donald A. Penrod, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Plaintiffs Penrod and Jerry D. Grady originally attempted to initiate the instant class-action lawsuit by submitting a Prisoner Complaint with only Mr. Penrod's original signature. Mr. Grady's signature was a photocopy dated May 23, 2005.

On April 13, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Penrod and Mr. Grady to cure certain enumerated deficiencies in the case. Specifically, each Plaintiff was directed to submit within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (2006) and to submit an amended complaint on the proper form that each Plaintiff had signed. On June 18, 2007, Magistrate Judge Boland granted Mr. Penrod a thirty-day extension of time in which to cure the designated deficiencies. On June 28, 2007, the Court treated as a voluntary dismissal Mr. Grady's request to dismiss without prejudice his asserted claims, and removed him as a party to this action. On July 23, 2007, Mr. Penrod submitted a § 1915 motion and affidavit and an amended complaint. Mr. Penrod has been granted leave to proceed *in forma pauperis* pursuant to § 1915 without payment of an initial partial filing fee.

The Court must construe the amended complaint liberally because Mr. Penrod is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Penrod will be ordered to file a second amended complaint.

The Court has reviewed the complaint filed by Mr. Penrod and finds that the complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Penrod fails to set forth a short and plain statement of his claims showing that he is entitled to relief. Combined, the amended complaint filed on July 23, 2007, and the attachments consist of 184 pages of confusing, verbose, and sometimes repetitive single-spaced allegations written on the both sides of each page in violation of D.C.COLO.LCivR 10.1E. and F. Therefore, Mr. Penrod will be directed to file an amended complaint that complies with the pleading requirements of Rule 8 and

D.C.COLO.LCivR 10.1. Mr. Penrod is reminded that it is his responsibility to present his claims in a manageable format that allows the Court and the Defendants to know what claims are being asserted and to be able to respond to those claims. Accordingly, it is

ORDERED that Mr. Penrod file **within thirty (30) days from the date of this order** an original and a copy of an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 and D.C.COLO.LCivR 10.1 as discussed in this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Penrod, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Penrod fails to file an original and sufficient copies of an amended complaint that complies with this order to the Court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED July 31, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00749-BNB

Donald A. Penrod
Prisoner No. 76672
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on 7/31/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk