**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00749-BNB

[DONALD ADAM PENROD, also known as DONALD A. PENROD], and
ALL PERSONS similarly situated with Donald A. Penrod who had unconstitutional jurisdictionally void judgments procured by extrinsic fraud and fraud on the court entered against them by Donald W. Marshall Jr. between the second Tuesday in January 1989-1995 and Donald A. Penrod and all (DOC) prisoners similarly situated with Donald A. Penrod who in the past two years have been harassed and retaliated against for excercising [sic] AR850-4 inmate grievance procedure and/or right of access to the courts who cannot adequately protect the rights of the class without class certification pursuant to F. R. Civ. P. Rule 23(a)(b)(i)(A)(B)(2)(3),

      Plaintiff,

v.

BILL RITTER, Colorado Governor,
THE PEOPLE OF THE STATE OF COLORADO,
THE COUNTY OF ADAMS,
JOHN SUTHERS, Attorney General,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
OFFICE OF ATTORNEY GENERAL,
LARRY E. PETERSON, Adams County Detective,
MIKE RULE, Inspector General,
ROBERT C. HOUCHINS, Criminalist for Adams County Sheriff's Office,
OFFICE OF INSPECTOR GENERAL,
MARCIA KRIEGER,
JOHN DOE, Executive Director of Colorado Department of Personell [sic],
COLORADO DEPARTMENT OF PERSONELL [sic],
ADAMS COUNTY SHERIFF'S OFFICE,
ARISTEDES ZAVARAS, Executive Director (DOC),
COLORADO DEPARTMENT OF CORRECTIONS,
DOUGLAS K. WILSON, State Public Defender,
KEN SALAZAR,
DONALD W. MARSHALL JR.,
CLEMMIE PARKER ENGLE, Assistant Attorney General,
HEATHER TURNER, Former Deputy District Attorney Adams County,
J. BRANDEIS SPERANDEO, Chief Public Defender Brighton Office,
TODD NELSON, Public Defender,
PETER SADICK, Former Public Defender Brighton Office,
BETTY ANN BASS, Attorney,
JOHN MANN JR., Private Investigator,
KEVIN MILLIARD, Warden SCF,
JAMES ABBOTT, Warden CTCF,

ANTHONY CAROCHI, Warden B.V.C.F.,
STEVE HARGETT, Warden CCCF,
RANDY FOSHEE, Associate Warden CTCF,
GEORGE DUNBAR, Associate Warden BVCF,
REBECCA RODENBECK, Maj. CTCF,
WILLIAM BRUNELL, Maj. BVCF,
MAJ. LINAN, BVCF,
CATHY HOLST, Executive Director DOC Legal Services,
WALT AHRENS, Administrative Services Manager BVCF,
CLIFFORD ROBINSON, Cpt. BVCF,
GUS ARGUS, Cpt. BVCF,
CPT. KIMBRELL, Cpt. BVCF,
JOE MCFEE, Lt. BVCF,
ADAMS COUNTY DISTRICT ATTORNEY'S OFFICE,
DON S. QUICK, Current Adams County District Attorney,
JAMES SMITH, Adams County District Attorney Between January 1989-1996,
MIKE TRIST, Lt. C.S.P.,
KEN TOPLISS, Lt. C.T.C.F.,
MS. MARTTEN, Lt. Case Manager C.T.C.F.,
MS. O'MALLEY, Lt. Case Manager C.T.C.F.,
LT. HEIDENTHAL, Lt. C.T.C.F.,
RICH FISHER, Lt. B.V.C.F.,
BILL JENSEN, Lt. B.V.C.F.,
PAUL VOTH, Lt. Case Manager B.V.C.F.,
ROBERT FAZINO, Lt. C.T.C.F.,
LT. BENEZINE, Inspector for Inspector General C.T.C.F.,
RANDY ANDERSON, Sgt. B.V.C.F.,
CARL WEBB, Sgt. C.T.C.F.,
MICK MCCORMICK, Investigator for Inspector General B.V.C.F.,
ALL JOHN DOE & JANE DOES (DOC), Wardens, Associate Wardens, Supervisors,
ANTHONY A. DECESARO, (DOC) Step III Grievance Officer,
ED GILLESPIE, Step III Grievance Officer (DOC),
DANIEL END, DOC Legal Services C.S.P.,
LEANNA KIMBERLIN, C/O B.V.C.F.,
LAWRENCE ESTRADA, Sgt. C.T.C.F., in their official and individual personal capacity,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     This matter is before the Court on the motion submitted by Plaintiff Donald Adam Penrod and filed with the Court on August 10, 2007. Plaintiff's request for the return of the original complaint he filed on April 13, 2007, or the amended complaint he filed on July 23, 2007, or both complaints is DENIED. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. Plaintiff may

obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance. Plaintiff continues to have thirty days from the date of the July 31, 2007, order to file a second amended complaint as directed. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: August 13, 2007

---

Copies of this Minute Order mailed on August 13, 2007, to the following:

Donald Penrod
Doc# 76672
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk