IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00749-BNB

[DONALD ADAM PENROD, also known as
DONALD A. PENROD], and
ALL PERSONS similarly situated with Donald A. Penrod who had unconstitutional jurisdictionally void judgments procured by extrinsic fraud and fraud on the court entered against them by Donald W. Marshall Jr. between the second Tuesday in January 1989-1995 and Donald A. Penrod and all (DOC) prisoners similarly situated with Donald A. Penrod who in the past two years have been harassed and retaliated against for excercising [sic] AR850-4 inmate grievance procedure and/or right of access to the courts who cannot adequately protect the rights of the class without class certification pursuant to F. R. Civ. P. Rule 23(a)(b)(i)(A)(B)(2)(3),

    Plaintiff,

v.

BILL RITTER, Colorado Governor,
THE PEOPLE OF THE STATE OF COLORADO,
THE COUNTY OF ADAMS,
JOHN SUTHERS, Attorney General,
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,
OFFICE OF ATTORNEY GENERAL,
LARRY E. PETERSON, Adams County Detective,
MIKE RULE, Inspector General,
ROBERT C. HOUCHINS, Criminalist for Adams County Sheriff's Office,
OFFICE OF INSPECTOR GENERAL,
MARCIA KRIEGER,
JOHN DOE, Executive Director of Colorado Department of Personell [sic],
COLORADO DEPARTMENT OF PERSONELL [sic],
ADAMS COUNTY SHERIFF'S OFFICE,
ARISTEDES ZAVARAS, Executive Director (DOC),
COLORADO DEPARTMENT OF CORRECTIONS,
DOUGLAS K. WILSON, State Public Defender,
KEN SALAZAR,
DONALD W. MARSHALL JR.,
CLEMMIE PARKER ENGLE, Assistant Attorney General,
HEATHER TURNER, Former Deputy District Attorney Adams County,
J. BRANDEIS SPERANDEO, Chief Public Defender Brighton Office,
TODD NELSON, Public Defender,
PETER SADICK, Former Public Defender Brighton Office,
BETTY ANN BASS, Attorney,
JOHN MANN JR., Private Investigator,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 9 2007

GREGORY C. LANGHAM
    CLERK

KEVIN MILLIARD, Warden SCF,
JAMES ABBOTT, Warden CTCF,
ANTHONY CAROCHI, Warden B.V.C.F.,
STEVE HARGETT, Warden CCCF,
RANDY FOSHEE, Associate Warden CTCF,
GEORGE DUNBAR, Associate Warden BVCF,
REBECCA RODENBECK, Maj. CTCF,
WILLIAM BRUNELL, Maj. BVCF,
MAJ. LINAN, BVCF,
CATHY HOLST, Executive Director DOC Legal Services,
WALT AHRENS, Administrative Services Manager BVCF,
CLIFFORD ROBINSON, Cpt. BVCF,
GUS ARGUS, Cpt. BVCF,
CPT. KIMBRELL, Cpt. BVCF,
JOE MCFEE, Lt. BVCF,
ADAMS COUNTY DISTRICT ATTORNEY'S OFFICE,
DON S. QUICK, Current Adams County District Attorney,
JAMES SMITH, Adams County District Attorney Between January 1989-1996,
MIKE TRIST, Lt. C.S.P.,
KEN TOPLISS, Lt. C.T.C.F.,
MS. MARTTEN, Lt. Case Manager C.T.C.F.,
MS. O'MALLEY, Lt. Case Manager C.T.C.F.,
LT. HEIDENTHAL, Lt. C.T.C.F.,
RICH FISHER, Lt. B.V.C.F.,
BILL JENSEN, Lt. B.V.C.F.,
PAUL VOTH, Lt. Case Manager B.V.C.F.,
ROBERT FAZINO, Lt. C.T.C.F.,
LT. BENEZINE, Inspector for Inspector General C.T.C.F.,
RANDY ANDERSON, Sgt. B.V.C.F.,
CARL WEBB, Sgt. C.T.C.F.,
MICK MCCORMICK, Investigator for Inspector General B.V.C.F.,
ALL JOHN DOE & JANE DOES (DOC), Wardens, Associate Wardens, Supervisors,
ANTHONY A. DECESARO, (DOC) Step III Grievance Officer,
ED GILLESPIE, Step III Grievance Officer (DOC),
DANIEL END, DOC Legal Services C.S.P.,
LEANNA KIMBERLIN, C/O B.V.C.F.,
LAWRENCE ESTRADA, Sgt. C.T.C.F., in their official and individual personal capacity,

      Defendants.

## ORDER OF DISMISSAL

Plaintiffs, Jerry D. Grady and Donald Adam Penrod, originally attempted to initiate a class-action lawsuit by submitting a Prisoner Complaint with only Mr. Penrod's original signature. Mr. Grady's signature was a photocopy dated May 23, 2005. Therefore, on April 13, 2007, Magistrate Judge Boyd N. Boland ordered Plaintiffs to cure certain enumerated deficiencies in the case. Specifically, each Plaintiff was directed to submit within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to submit an amended complaint on the proper form that each Plaintiff had signed.

On June 18, 2007, Magistrate Judge Boland granted Mr. Penrod a thirty-day extension of time in which to cure the designated deficiencies. On June 28, 2007, the Court treated as a voluntary dismissal Mr. Grady's request to dismiss without prejudice his asserted claims, and removed him as a party to this action. On July 23, 2007, Mr. Penrod submitted a § 1915 motion and affidavit and an amended complaint. Mr. Penrod was granted leave to proceed *in forma pauperis* pursuant to § 1915 without payment of an initial partial filing fee.

On July 31, 2007, Magistrate Judge Boland ordered Mr. Penrod to submit within thirty days a second amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that was double-spaced and written only on one side of the page in compliance with D.C.COLO.LCivR 10.1E. and F. respectively. Magistrate Judge Boland warned Mr. Penrod that if he failed within the time allowed to submit a second amended complaint in compliance with the July 31 order to the Court's satisfaction, the amended complaint and the action would be dismissed without further notice. On August 28, 2007, Mr. Penrod was granted a thirty-

day extension of time in which to submit the second amended complaint, and again was warned that failure to do so within the time allowed would result in the dismissal of the instant action.

Mr. Penrod has failed within the time allowed to submit a second amended complaint as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for the failure of Plaintiff, Donald Adam Penrod, within the time allowed to prosecute or to submit a second amended complaint as directed.

DATED at Denver, Colorado, this 9 day of Oct , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00749-BNB

Donald A. Penrod
Prisoner No. 76672
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on __10/9/07__

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk